**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dwight Lamont HUNTER,
Defendant–Appellant.**

No. 01–7891.

United States Court of Appeals,
Fourth Circuit.

Submitted March 27, 2002.

Decided May 1, 2002.

**152**

Dwight Lamont Hunter, Appellant Pro Se. Robert James Conrad, Jr., United States Attorney, Charlotte, North Carolina, for Appellee.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Dwight Lamont Hunter seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Hunter*, Nos. CR–94–111–MU; CA–00–71–3–MU (W.D.N.C. Aug. 31, 2001). Hunter's pending "Motion to Amend" is granted insofar as the additional pleadings are construed as a supplemental informal brief and afforded appropriate consideration by the court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*